1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SONJA ELNORA McNEAL, | CASE NO.: EDCV17-00993-SS |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND ONE HUNDRED FIFTY-SEVEN DOLLARS and 92/cents ($3,157.92), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 6/29/18           /S/
                         HONORABLE SUZANNE H. SEGAL
                         UNITED STATES MAGISTRATE JUDGE